UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

VINCENT L. GUINN, M.D.,

    Plaintiff,

v.

MOUNT CARMEL HEALTH, et al.,

    Defendants.

Case No. 2:09-cv-226
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## SCHEDULING ORDER

The parties shall adhere to the following schedule:

1. Discovery shall be completed by October 19, 2012.

2. Plaintiff's expert disclosures shall be made by July 31, 2012.

3. Defendant's expert disclosures shall be made by September 28, 2012.

4. Dispositive motions shall be filed by November 16, 2012.

5. Settlement Week scheduled in September 2012.

6. Trial shall commence March 11, 2013 at 9:00 a.m.

Attached is the Court's Order Setting Trial Date and Settlement Conference, which includes the substantive trial procedures and additional deadlines to which the parties must adhere.

**IT IS SO ORDERED.**

4-20-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE