## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| VINCENT L. GUINN, M.D. ) | |
| Plaintiff, ) | CASE NO. 2:09-cv-226 |
| ) | |
| -vs- ) | JUDGE SARGUS |
| ) | |
| MOUNT CARMEL HEALTH SYSTEMS, ) | MAGISTRATE JUDGE KEMP |
| et. al., ) | |
| Defendant. ) | |

### AGREED ORDER

This matter came on for a telephone status conference before the Court on Monday, June 17, 2013. During the telephone status conference, the parties had an opportunity to address the Court regarding the Plaintiff's deadline to file a Memorandum in Opposition to Defendants' Motion for Summary Judgment.

Upon consideration of the same and by an agreement of the parties, it is therefore **ORDERED, ADJUDGED, and DECREED**, that the Plaintiff shall file his Memorandum in Opposition to the Defendants' Motion for Summary Judgment on or before July 8, 2013.

**IT IS SO ORDERED.**

_____
UNITED STATES COURT JUDGE SARGUS

/s/ *Nicholas W. Yaeger* 6/25/13
James S. Mowery, Jr. (0040227)
Trial Attorney for Plaintiff
Nicholas W. Yaeger (0077784)
Mowery, Youell & Galeano, Ltd.
425 Metro Place North, Suite 420
Dublin, Ohio 43017
Telephone: (614) 764-1444
Facsimile: (614) 760-8654
jsm525@aol.com
nyaeger@myglaw.com

/s/ *Dan L. Cvetanovich* (Per Auth. 6/25/13)
Dan L. Cvetanovich (0021980)
Trial Attorney for Defendants
Sabrina Haurin (0079321)
Bailey Cavalieri LLC
One Columbus
10 West Broad Street, 21st Floor
Columbus, Ohio 43215-3422
Telephone: (614) 229-3291
Facsimile: (614) 221-0479
dan.cvetanovich@baileycavalieri.com