## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

VINCENT L. GUINN, M.D.,

        Plaintiff,

        Case No. 2:09-cv-226
        JUDGE EDMUND A. SARGUS, JR.

v.

MOUNT CARMEL HEALTH, et al.,

        Defendants.

### JURY VERDICT FORM FOR RACE DISCRIMINATION CLAIM

Do you find in favor of Dr. Vincent L. Guinn on his 42 U.S.C. § 1981 race discrimination claim against Mount Carmel Health System?

        Yes: ✓
        No: _____

(All must agree)



Continue to the next page.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

VINCENT L. GUINN, M.D.,

        Plaintiff,

v.

MOUNT CARMEL HEALTH, et al.,

        Defendants.

Case No. 2:09-cv-226
JUDGE EDMUND A. SARGUS, JR.

### JURY VERDICT FORM FOR RACE DISCRIMINATION CLAIM

Do you find in favor of Dr. Vincent L. Guinn on his 42 U.S.C. § 1981 race discrimination claim against Dr. Michael R. Murnane?

Yes: ✓
No: _____

(All must agree)



Continue to the next page.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

VINCENT L. GUINN, M.D.,

    Plaintiff,

v.

MOUNT CARMEL HEALTH, et al.,

    Defendants.

Case No. 2:09-cv-226
JUDGE EDMUND A. SARGUS, JR.

### JURY VERDICT FORM FOR RACE DISCRIMINATION CLAIM

Do you find in favor of Dr. Vincent L. Guinn on his 42 U.S.C. § 1981 race discrimination claim against Dr. Barney B. Beaver?

Yes: ✓
No: ____



(All must agree)

If you answered "Yes" on any one of the five Jury Verdict Forms for Race Discrimination, then go to the next page.

If you answered "No" on every one of the five Jury Verdict Forms for Race Discrimination, then do not go to the next page.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

VINCENT L. GUINN, M.D.,

    Plaintiff,

v.

MOUNT CARMEL HEALTH, et al.,

    Defendants.

Case No. 2:09-cv-226
JUDGE EDMUND A. SARGUS, JR.

### JURY VERDICT FORM FOR RACE DISCRIMINATION CLAIM

Do you find in favor of Dr. Vincent L. Guinn on his 42 U.S.C. § 1981 race discrimination claim against Dr. Thomas R. Alexis?

Yes: ✓
No: _____



(All must agree) [remainder redacted]

Continue to the next page.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

VINCENT L. GUINN, M.D.,

    Plaintiff,

v.

MOUNT CARMEL HEALTH, et al.,

    Defendants.

Case No. 2:09-cv-226
JUDGE EDMUND A. SARGUS, JR.

## JURY VERDICT FORM FOR RACE DISCRIMINATION CLAIM

Do you find in favor of Dr. Vincent L. Guinn on his 42 U.S.C. § 1981 race discrimination claim against Dr. Medard R. Lutmerding?

Yes: ____
No: ✓

(All must agree)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

VINCENT L. GUINN, M.D.,

        Plaintiff,

v.

MOUNT CARMEL HEALTH, et al.,

        Defendants.

Case No. 2:09-cv-226
JUDGE EDMUND A. SARGUS, JR.

## JURY VERDICT FORM FOR DAMAGES ON RACE DISCRIMINATION CLAIM

1. If you found in favor of Dr. Guinn against at least one of the defendants, what damages, if any do you find Dr. Guinn is entitled to on his race discrimination claim?

$ 1,500,000.00

State the amount, or, if you find that the plaintiff's damages have no monetary value, set forth a nominal amount such as $1.00.

(All must agree)




2. Do you find by a preponderance of the evidence that the decision of any of the defendants to discriminate against Dr. Guinn was done maliciously or with reckless indifference to Dr. Guinn's federally protected rights?

Yes: ✓
No: ___



(All must agree)




UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

VINCENT L. GUINN, M.D.,

    Plaintiff,

v.

MOUNT CARMEL HEALTH, et al.,

    Defendants.

Case No. 2:09-cv-226
JUDGE EDMUND A. SARGUS, JR.

### JURY VERDICT FORM FOR CONSPIRACY CLAIM

Do you find in favor of Dr. Vincent L. Guinn on his 42 U.S.C. § 1985(3) conspiracy claim against Mount Carmel Health System?

Yes: _____
No: ✓

(All must agree)



Continue to the next page.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

VINCENT L. GUINN, M.D.,

    Plaintiff,

v.

MOUNT CARMEL HEALTH, et al.,

    Defendants.

Case No. 2:09-cv-226
JUDGE EDMUND A. SARGUS, JR.

## JURY VERDICT FORM FOR CONSPIRACY CLAIM

Do you find in favor of Dr. Vincent L. Guinn on his 42 U.S.C. § 1985(3) conspiracy claim against Dr. Michael R. Murnane?

Yes: ✓
No: ____



(All must agree) [redacted]

Continue to the next page.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

VINCENT L. GUINN, M.D.,

    Plaintiff,

v.

MOUNT CARMEL HEALTH, et al.,

    Defendants.

Case No. 2:09-cv-226
JUDGE EDMUND A. SARGUS, JR.

## JURY VERDICT FORM FOR CONSPIRACY CLAIM

Do you find in favor of Dr. Vincent L. Guinn on his 42 U.S.C. § 1985(3) conspiracy claim against Dr. Barney B. Beaver?

Yes: ✓
No: _____

(All must agree)



If you answered "Yes" on any one of the five Jury Verdict Forms for Conspiracy, then go to the next page.

If you answered "No" on every one of the five Jury Verdict Forms for Conspiracy, then do not go to the next page.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

VINCENT L. GUINN, M.D.,

    Plaintiff,

v.

MOUNT CARMEL HEALTH, et al.,

    Defendants.

Case No. 2:09-cv-226
JUDGE EDMUND A. SARGUS, JR.

### JURY VERDICT FORM FOR CONSPIRACY CLAIM

Do you find in favor of Dr. Vincent L. Guinn on his 42 U.S.C. § 1985(3) conspiracy claim against Dr. Thomas R. Alexis?

Yes: ✓
No: ____

(All must agree)



Continue to the next page.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

VINCENT L. GUINN, M.D.,

    Plaintiff,

v.

MOUNT CARMEL HEALTH, et al.,

    Defendants.

Case No. 2:09-cv-226
JUDGE EDMUND A. SARGUS, JR.

## JURY VERDICT FORM FOR CONSPIRACY CLAIM

Do you find in favor of Dr. Vincent L. Guinn on his 42 U.S.C. § 1985(3) conspiracy claim against Dr. Medard R. Lutmerding?

Yes: _____
No: ✓

(All must agree)



Continue to the next page.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

VINCENT L. GUINN, M.D.,

        Plaintiff,

v.

MOUNT CARMEL HEALTH, et al.,

        Defendants.

Case No. 2:09-cv-226
JUDGE EDMUND A. SARGUS, JR.

### JURY VERDICT FORM FOR DAMAGES ON CONSPIRACY CLAIM

1. If you found in favor of Dr. Guinn, what damages, if any do you find Dr. Guinn is entitled to on his conspiracy claim?

$ 1,500,000

State the amount, or, if you find that the plaintiff's damages have no monetary value, set forth a nominal amount such as $1.00.

(All must agree)



2. Do you find by a preponderance of the evidence that the decision of any of the defendants to engage in the conspiracy against Dr. Guinn was done maliciously or with reckless indifference to Dr. Guinn's federally protected rights?

Yes: ✓
No: _____

(All must agree)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

VINCENT L. GUINN, M.D.,

    Plaintiff,

v.

MOUNT CARMEL HEALTH, et al.,

    Defendants.

Case No. 2:09-cv-226
JUDGE EDMUND A. SARGUS, JR.

## JURY VERDICT FORM FOR DEFAMATION

1. Do you find in favor of Dr. Vincent L. Guinn on his defamation claim against Dr. Michael R. Murnane?

    Yes: ✓
    No: ___

(All must agree)



If your answer to Question 1 is "Yes," then answer the next to questions.
If your answer to Question 1 is "No," do not answer the following questions.

2. If you find that Dr. Guinn proved by clear and convincing evidence that Dr. Murnane acted with actual malice, it is assumed that Dr. Guinn's reputation was injured, and you may award him an amount of money that you decide is reasonable and fair for his injuries directly caused by Dr. Murnane's defamatory statement or statements.

$ _____
State the amount of damages you find Dr. Guinn is entitled to.

    Yes: ___
    No: ✓

(All must agree)



If you assess damages in response to Question 2, do not proceed to Question 3 on the next page.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

VINCENT L. GUINN, M.D.,

        Plaintiff,

v.

MOUNT CARMEL HEALTH, et al.,

        Defendants.

Case No. 2:09-cv-226
JUDGE EDMUND A. SARGUS, JR.

## JURY VERDICT FORM FOR TORTIOUS INTERFERENCE WITH BUSINESS RELATIONSHIPS

1. Do you find in favor of Dr. Vincent L. Guinn on his claim for tortious interference with business relationships against Dr. Michael R. Murnane?

    Yes: ✓
    No: _____



(All must agree)

If your answer to Question 1 is "Yes," then answer the next to questions.
If your answer to Question 1 is "No," do not answer the following questions.

2. If you find in favor of Dr. Guinn, what damages, if any do you find he is entitled to?

$ 350,000.00

State the amount, or, if you find that the plaintiff's damages have no monetary value, set forth a nominal amount such as $1.00.



(All must agree)

Continue to the next page.

3. If you find that Dr. Guinn proved by clear and convincing evidence that Dr. Murnane acted only with negligence, the plaintiff must prove actual injury. You may award an amount of money that you decide by the greater weight of the evidence will fairly and adequately compensate Dr. Guinn for his actual injuries directly caused by the defamation.

$ 350,000.00
State the amount of damages you find Dr. Guinn is entitled to.

(All must agree) 

3. Do you find by clear and convincing evidence that Dr. Murnane acted maliciously or with wanton disregard of the rights of Dr. Guinn when he tortiously interfered with Dr. Guinn's business relationships?

Yes: ✓
No: _____

(All must agree)